```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

      **v.**            No. 97-20019-003

**MICHAEL LYNN MAYHALL**                                                    **DEFENDANT**

### O R D E R

Now on this 28th day of April, 2011, comes on for consideration the government's **Petition for Remission of Fine** (Doc. 131) brought pursuant to 18 U.S.C. § 3573 in which the government asserts that there is no reasonable likelihood that the United States Attorney will be able to collect the remainder of the fine imposed in this case. The Court, being well and sufficiently advised, finds and orders that the motion should be granted.

**IT IS THEREFORE ORDERED** that the government's **Petition for Remission of Fine** (Doc. 131) is **granted**. The unpaid portion of the fine imposed in this case is hereby remitted pursuant to 18 U.S.C. § 3573.

**IT IS SO ORDERED.**

                                                **/s/ Jimm Larry Hendren**
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT COURT**